**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 16-40979-ELM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | UNIVERSAL WELL SERVICE HOLDINGS, INC. | Date Filed (f) or Converted (c): | 02/02/2018 (c) |
| For the Period Ending: | 06/30/2021 | §341(a) Meeting Date: | 03/20/2018 |
| | | Claims Bar Date: | 06/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Potential avoidance actions - settlement with Mark Duke and his companies (u) | $0.00 | $1.00 | | $0.00 | FA |
| 2 | Wells Fargo account | $0.00 | $27,261.07 | | $27,261.07 | FA |
| 3 | DIP Funds | $0.00 | $13,600.00 | | $13,600.00 | FA |
| 4 | Warrant Refund (u) | $0.00 | $27.46 | | $27.46 | FA |
| 5 | Land with Universal building in Surry County, TX. - settlement with Mark Duke and his companies | $0.00 | $125,000.00 | | $121,169.11 | FA |
| 6 | Account Receivable due from Duke (u) | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Refund of overpaid UST Fee (u) | $0.00 | $7,800.00 | | $7,800.00 | FA |
| 8 | Oil and/or Gas Interest (undivided ¼ interest) (u) | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Claim filed in TNC Energy, LLC | $0.00 | $175,591.22 | | $0.00 | $4,902.62 |

**TOTALS (Excluding unknown value)** | | $0.00 | $349,280.75 | | $169,857.64 | **Gross Value of Remaining Assets** $4,902.62 |

**Major Activities affecting case closing:**

| 07/12/2021 | The Trustee was waiting for the distribution check from the bankruptcy estate of TNC Energy, LLC ("TNC") which was received 7/12/2021. The Trustee's accountant will begin preparing final tax return. |
| 07/13/2020 | The Trustee filed a proof of claim on behalf of the bankruptcy estate of Universal Well Services Holdings, Inc. in the bankruptcy case of TNC Energy, LLC; Case No. 15-10189. The Trustee is waiting for distribution to be made in the TNC Energy, LLC case. |
| 01/10/2020 | A new adversary has been filed 19-4083, and the adversaries are still currently pending. |
| 06/05/2019 | The Trustee has two adversaries currently pending:
*Adversary, Aurzada vs Lynn Properties, LLC; Adversary Proceeding #: 18-04183, is to clear title, so that the Trustee can proceed with sell the remaining real property.
*Adversary, Aurzada vs. Pozo Service Corporation; Adversary Proceeding #: 19-04008, is for pre-petition transfers. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 16-40979-ELM | Trustee Name: | Areya Holder Aurzada |
|---|---|---|---|
| Case Name: | UNIVERSAL WELL SERVICE HOLDINGS, INC. | Date Filed (f) or Converted (c): | 02/02/2018 (c) |
| For the Period Ending: | 06/30/2021 | §341(a) Meeting Date: | 03/20/2018 |
| | | Claims Bar Date: | 06/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/10/2018   The Trustee is seeking to clear the title issue on the last piece of Estate real estate to sell the same for approximately $125,000.

The Trustee is also investigating transfers in the preference period and other transfers to the former officers which she hopes to resolve without the need for litigation.

Efforts were unsuccessful in the Trustee's attempts to settle claims for conversion of the brine station by former officer, Mark Duke. So the Trustee will be bringing an adversary to pursue the value of the assets converted.

07/29/2018   The Trustee has employed counsel, and counsel is in the process of investigating potential claims against the former principals of the Debtor and how best to move forward to liquidate those claims and the Surry County real estate.

| Initial Projected Date Of Final Report (TFR): | 09/30/2019 | Current Projected Date Of Final Report (TFR): | 09/30/2021 | /s/ AREYA HOLDER AURZADA |
|---|---|---|---|---|
| | | | | AREYA HOLDER AURZADA |